IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARLA GIBSON, WINDELL LAWSON,
JOYCE POWELL, JEFF ROGERS,
LEE WARDEN, KATHY WOOD, and
LILLIE WOODS                                                                                PLAINTIFFS

v.                                        Case No. 1:16-cv-1035

CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC.                                                                       DEFENDANT/
                                                                                THIRD-PARTY PLAINITIFF

v.

BIOLAB, INC., a/k/a BIO-LAB, INC.,
a/k/a/ BIO LAB, INC.                                                      THIRD-PARTY DEFENDANT

## JUDGMENT

The Court has been notified that all claims in this case have been settled.  Thus, it appears to the Court that it is not necessary that this case remain open upon the Court's docket.  The trial scheduled for the week of January 8, 2018 is cancelled.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above-styled cause be, and is hereby, dismissed with prejudice subject to the terms of the settlement agreement, with each party to bear his, her, or its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 19th day of December, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge